**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA**

| | | |
|---|---|---|
| WILLIAM REX LEDFORD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | 1:22-cv-246-JRG-CHS |
| ~v~ | § | |
| | § | JURY DEMAND |
| CITY OF RED BANK, TENNESSEE, | § | |
| *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal **with prejudice**, signed by all parties that have appeared, dismissing this action with prejudice.

At this time *all Defendants* are stipulated to be dismissed **with prejudice** as set forth herein and all parties stipulate that the parties will be responsible for their respective costs, including attorney fees, of this action.

Respectfully submitted this 20th day January, 2023.

By: */s/ Robin Ruben Flores*
**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Counsel for Plaintiff
4110-A Brainerd Road
Chattanooga, Tennessee 37411
423. 267.1575 / fax 267.2703
robin@robinfloreslaw.com

WATSON, ROACH, BATSON & LAUDERBACK, PLC

By: /s/ *Benjamin K. Lauderback* (by permission)
**BENJAMIN K. LAUDERBACK**
**TENN. BPR # 20855**
Counsel for Daniel White
PO Box 131

Knoxville, TN 37901
Phone: 865-637-1700
Email: blauderback@watsonroach.com

MOORE, RADER, FITZPATRICK & YORK, PC

By: /s/ *Randall A. York* (by permission)
**RANDALL A. YORK**
**TENN. BPR # 10166**
**DANIEL H. RADER, III**
**TENN. BPR # 2835**
Counsel for Leigh Taylor Noorbergen
PO Box 3347
Cookeville, TN 38502
Phone: 931-526-3311
Email: randyyork@moorerader.com
Email: danrader@moorerader.com

ROBINSON, SMITH & WELLS

By: /s/ *Philip Aaron Wells* (by permission)
**PHILIP AARON WELLS**
**TENN. BPR # 36248**
**RONALD D. WELLS**
**TENN. BPR # 11185**
Counsel for City of Red Bank
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
Phone: 423-756-5051
Email: rwells@rswlaw.com
Email: awells@rswlaw.com